# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

**FILED**
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Larry C. Washington
Plaintiff

V.

Broward Co. Sheriff's Dept. Etal
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06 1977

I, Larry C. Washington, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Everglades Correctional Institution**

   Are you employed at the institution? **Yes**   Do you receive any payment from the institution? **No**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) **None; Dept of Corr., 2601 Blair Stone Road, Tallahassee, FL 32399-2500**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **Same as above**

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. **None.**

2

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount.  _None_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.
    _None_

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    _I am declared a disable person by the Federal Court of the United States District Court. All proceeds of this matter of my family is determind by the Federal agencys on this Matter. Because I am in Prison._

I declare under penalty of perjury that the above information is true and correct.

_____          _____
         Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge      Date | _____  _____ <br> United States Judge      Date |

```
IBSR176 (90)         FLORIDA DEPARTMENT OF CORRECTIONS        09/26/06
                      INITIAL PAYMENT FOR FILE FEE             12:05:59
                          FOR: 09/25/2006                      PAGE   1

DC # : 660661    INMT NAME : WASHINGTON, LARRY     CURR BAL  : $      0.00
HOLDS : $     0.00   LIENS : $     8.00            SPENDABLE : $      0.00

  DATE RANGE        MONTHLY AVERAGE DEPOSITS    MONTHLY AVERAGE BALANCES
  03/29 - 04/27          $        0.00                $        0.00
  04/28 - 05/27          $        0.00                $        0.00
  05/28 - 06/26          $        0.00                $        0.00
  06/27 - 07/26          $        0.00                $        0.00
  07/27 - 08/25          $        0.00                $        0.00
  08/26 - 09/24          $        0.00                $        0.00

AVERAGE OVER 6 MONTHS    DEPOSITS : $    0.00
                         BALANCES : $    0.00

CALCULATED INITIAL PAYMENT : $       0.00
```

06 1977

FILED

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:06-cv-01977-UNA    Document 2    Filed 11/17/2006    Page 4 of 10

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                    09/26/06
                                   TRUST FUND ACCOUNT STATEMENT                      12:01:55
                                   FOR: 04/22/2006 - 09/25/2006                      PAGE    1

ACCT NAME: WASHINGTON, LARRY          ACCT#: 660661
      BED: E4104L                     TYPE: INMATE TRUST
    PO BOX:


                                                              BEGINNING BALANCE 04/22/06     $0.00

        POSTED                  REFERENCE
        DATE   NBR   TYPE        NUMBER    FAC   REMITTER/PAYEE         +/-    AMOUNT   BALANCE
        ------ ---   ----------- --------- ---   ------------------    ---    -------- --------

        NO TRANSACTIONS FOUND


                                                              ENDING BALANCE 09/25/06        $0.00

LIEN                             LIEN    AMOUNT      AMOUNT
DATE    TYPE OF LIEN             FACL    OF LIEN   STILL OWED
------- ------------------------ ----    -------   ----------
SUMMARY MEDICAL CO-PAYMENT                $8.00       $8.00
```

## Statement of Prison Account

I have attached to this affidavit a photocopy of the trust account records for my prison account for the preceding six (6) months or for the length of my incarceration, whichever period is shorter.

I am presently unable to pay court costs and under penalties of perjury, I declare that I have read the Application for Indigent Status and that the facts stated in it are true.

_____
Signature of Applicant for Indigent Status
PRINT FULL LEGAL NAME Larry C. Washington
Address, P O Address, Street, City, State, Zip Code: Everglades Corr. Inst. P.O. Box 949000, Miami, FL 33194-9000
Date of Birth: 7/16/57
Drivers License or ID Number: None

Subscribed and Sworn to me this 17 day of OCTOBER, 20 06.
Affiant is personally known ( ), or has produced (✓) INMATE ID,
As identification.

_____
Notary Public/Correctional Officer

William G. Bernard
Commission #DD272104
Expires: Dec 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

### DETERMINATION OF INDIGENT STATUS

Based on the information in the petitioner's Application for Indigent Status, I have determined that the petitioner ✓ Is Indigent _____ Is Not indigent, according to Federal Poverty Guidelines. If the petitioner disagrees with the clerk's determination, they may file a written request for Judicial Review to determine their indigency status. The request must be filed within fourteen (14) days from the date of this determination or the case will be closed.

Dated this _____ day of _____, 20 ____.

CLERK OF THE CIRCUIT COURT

By _____
    Deputy Clerk

Copy provided to petitioner ( ) by hand  ( ) by mail by _____ (initials of clerk).

CIVIL/PRISONER
CL-0326-0411

RECEIVED
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# INMATE REQUEST

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**
(Instructions on Back)

Mail Number: E4-104-Lower
Team Number: #2
Institution: E.C.I.

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☑ Other Inmate Banking |
|---|---|---|---|---|

| FROM: | Inmate Name: Larry Washington | DC Number: 660661 | Quarters: E4-104-L | Job Assignment: Houseman | Date: 9/17/2006 |
|---|---|---|---|---|---|

## REQUEST

I, Larry Washington, am requesting a Six (6) Month Print out of my Inmate Trust Account. To attach to the following document of a Federal Complaint in The United States District Court. Also, as to the "Application" To Proceed Without Prepayment of Fees And Affidavit. This information is requested by The United States District Court. The requested information must be approved by the Inmate Trust Account Office, at Florida Department of Corrections, Inmate Trust Account, Centerville Station, P.O. Box #12100, Tallahassee, FL 32317-2100.

Respectfully Submitted Without Prejudice. Larry Washington 9/17/2006

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE                                    DATE RECEIVED: _____

See attached 6 month statements

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): M M Orusa        Date: 9/26/06

Distribution: White — Returned to Inmate    Pink — Retained by official responding, or if the response is to an
              Canary — Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

This form is also used to file informal grievance in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.