FILED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Larry C. Washington-#660661-E4-104-Lower
Movant- (Natural/Man Sentient Being Capacity),
Everglades Correctional Institution
Post Office Box 949000
Miami, Florida 33194-9000

06 1977

RECEIVED
EVERGLADES CI

V.

ALL OF THE STATE AGENCIES IN
THE FACE OF THE COMPLAINT;
ALL IN THEIR PRINCIPLE AGENT CAPACITY/
AGENT PRINCIPLE CAPACITY.

10/17/2006   J.C.G.
DATE        INITIAL

## EMERGENCY MOTION REQUESTING JUDGE OF THE EXTRAORDINARY CIRCUMSTANCES OF SENSITIVE NATURE OF FACTS

COMES NOW, Petitioner Larry C. Washington-660661-E4-104-L express to the Thomas F. Hogan, Chief Judge of Emergency Extraordinary Circumstances of Sensitive Nature of Facts. As to what is and has happened an being done to the Petitioner. These requested entreaty to lift the burden of restraints off the Petitioner. That is placed on Petitioner for asserting his Constitutional Right Under Title II's Enforcement of the Fourteenth Amendment of Due Process on the following facts:

3

It is a fact:

1. I request under Emergency Extraordinary Circumstances of a Sensitive nature of this 'Fact'. I have not eaten since 9/7/2006 to 10/ /2006. And Count from 10/ /2006 until you Sir have resolve this problem of Mr. Charry c. Washington-#660661-E4-109-Lower, Everglades Correctional Institution, Post Office Box 949000, Miami, Florida 33194-9000, of not being able to walk without assistance of 'auxiliary aid' to get to the Chow Hall for three (3) meals a day. I have restraints on me to keep me from eating a solid three (3) meals a day. This is over a month now. I am loosing a lot of weight from not eating. Before this incerdent I weighed One hundred and eighty-eight pounds. I May weight now about one hundred and thirty-five pound now. PHS Dr. Roger Browne requested not to Seal to the Staff. Either I walk or when I get hungry enough I will walk to the Chow hall to eat. This is truely barbaric to do me this way and say I am not disable!

2. Please Send the F.B.I. to See me in this State of Condition as to being denied food and Medical treatment by Department of Corrections and Prison Health Service, Inc., 105 West Park Drive, Suite #200, Brentwood, TN 37027; Phone. 615-373-3100. PHS Vice President Benjamin S. Purser Jr. who has Dr. Roger Browne under Contract along with Chief Medical Officer Lelisann McPerson here at Everglades Correctional Institution.

3. I (Larry C. Washington) am in fear of them taking my life through subtle means of lies on the history of D.O.C. and their Medical Staff of the Prison whom has helped D.O.C. Coverup numerous investigations of Criminal acts by D.O.C. Staff and 'Viser Verser' with the PHS Medical Staff.

4. On 6/12/2006. I (Larry C. Washington) sent to the U.S. Department of Justice, Federal Bureau of Investigation (F.B.I.), Washington, D.C. 20530. A Complaint about this matter. I received a letter dated July 11, 2006 from Mr. Mark R. Vukelich, Chief Civil Rights Unit Criminal Investigation Division. I responded back to Mr. Vukelich with a second amended Complaint Shown with exhibits that Private Legal Counsel is involved with this great Politic Problem of the false Conviction with the State officers and Private individuals. I received Mr. Vukelich on 8/23/2006.

5. I (Larry C. Washington) am requesting for you sir, Mr. Thomas F. Hogan, Chief Judge to order with writ Mr. Mark R. Vukelich, Chief Civil Rights Unit Criminal Investigation Division, Department of Justice, Federal Bureau of Investigation (F.B.I.), 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001. To order with writ through the U.S. District to the "Field Office" here in Miami, Florida. To Send an F.B.I. agent out to Everglades Correctional Institution, 1601 S.W. 187th Avenue, Miami, FL 33185.

That is unaware to the Staff at this institution and the Department of Corrections to see the 'barbaric' nature of the Criminal act(s) of Me being restraind to my Cell of E4-104-Lower. That this 'barbaric' Criminal act Shall be loged in on the F.B.I. report to Substantiate my Claim of the depraved deprivation that is being done to Me (Larry C. Washington-#660661-E4-104-Lower) of being deprived of Medical treatment and food. The 'F.B.I.' Field Office here in Miami. Is located at 16320 N.W. 2d Avenue, North Miami, Florida 33169-6508; Ph: 305-944-9101.

6." Also, request Mr. Mark R. Yakelich to order the 'Field Office' agent[s] to get all of the information from Me on My family of Date[s] of Birth, Social Security numbers, and last known addresses. Due to the fact that this information is very sensitive in nature. To find my family who was subjective Case for Me whom the Judges, Officers of the State of Florida, and private attorneys Coerce and Sent accross State lines. This is Clearly a violation of 'Witness Tampering' 18 U.S.C. §1512. This also is Clearly 'Federal Jurisdiction' when the 'administration of Justice' is thwarted by Officers of the State of Florida and Private Attorneys to Coverup the Civil Rights violations done to Citizens by 'Pseudo Criminal Act'. When they knew it was a nonexistence crime. Because these acts by the 'Coven' are hidden very well under the aspect of politic power here in Florida.

7. I (Larry C. Washington) am also requesting these orders of Writs to Show the Judge of the Court in the District of Columbia what has taken place in the South from the 1870 to 2006 of the Surreptitious act in the 'hearts' and 'Minds' of the people that racism Still exist. The U.S. Supreme Court thought, "to Make Title II apply to every act of discrimination which a person may see fit to Make as to guests he will entertain, or as to the people he will take into his Coach or Cab or Car, or admit to his Concert or theater, or deal with in other Matters of intercourse or business". Mr. Justice Harlan, expressing the View that "Such discrimination Practice by Coorporations and individuals in the 'exercise' of their 'Public' or 'quasi-public' function is a 'badge of Servitude' the imposition of which Congress may Prevent under its power, by appropriate legislation, to enforce the Thirteenth Amendment".

8. "Also, Mr. Justice Harlan, listing of Some of the "Customs" prevailing in the North at the time §1982 was enacted shows the extent of organized discrimination against ...... blacks. As he States, "was the prevailing pattern almost every where. Certainly, then, it was "Customary".
   To Suggest, however, that there might be room for argument... that the discrimination against Petitioner was not in Some Measure a Part and Product of this long Standing and wide Spread Customary pattern is to pervert problem—

"by allowing the legal minds to draw lines and make distinctions that have no place in the 'jurisprudence' of a nation striving to rejoin the human race".

9. My Court decision by Federal Judge Jerome E. Lowen, Administrative Law Judge of "Notice of Decision-Fully Favorable" in denied as 'Pseudo' by PHS Doctors and Department of Corrections Staff of being a true document. This to deny me all benefits of the ADA by the Doctors of PHS and the Department of Corrections Staff and Everglades Correctional Institution Staff here in Miami, Florida.

10. Broward County, Florida Public Defender 'Howard Finkelstein' Write a motion to him addressing the issue of both Public Defenders who are James P. Ongly and a lady Public Defender who told me that the Public Defender of the Fourth District Court of Appeals who is Richard Claupek had to review the sentence before I could receive my sentencing transcripts on direct Appeal.
    Which they all knew that I am in prison on a 'void judgment', in which 'the State of Florida never had any jurisdiction' to bring me to trial nor even arrest me. This is Clearly a 'Civil rights Violation' of 'obstruction of Justice' of a 'Miscarriage Justice' by the 'Broward County Judicial Circuit Court, of Florida.
    And the 'Department of Corrections is in the same position for failing to review there "Committment Contract" as to them having legal Custody of Jurisdiction over me — No! A failure of administrative duty and obligation under their administrative contract.

I am a citizen being held in prison. Florida Department of Corrections should have return me back to Broward County Judicial Circuit Court under the authority that Florida Department of Corrections had no jurisdiction over me at which the Committment Contract was void! Due to the tolled Statute of limitation under 775.15 did not apply to the offense. It had a four year Statute of limitation that had expired of being six (6) years old. Not only the lies about the offense backfired on them, their whole scheme fell apart! with the lies.

11. I also have a case in the Florida Supreme Court. Larry C. Washington V. James R. McDonough. Case Number: SC06-1852. A Petition for Writ of Habeas Corpus - Appendix to Petition. Thomas D. Hall, Clerk, Supreme Court of Florida, 500 South Duval Street, Tallahassee, Florida 32399-1927., Phone No.: 850-488-0125.- www.flcourts.org/Clerk.html. Please check the facts of this Writ of Habeas Corpus- and Appendix to see what is being said of laws and Case Cites of the Florida Supreme Court cases on a 'void judgment'. And being restrained to my cell of E4-104-Lower. How am I (Larry C. Washington) are to comply with the Court Order when I can not walk without my walking cane to get to the 'Chow Hall' or even to the Law Library? To answer this Court or the Supreme Court of Florida? Response to either court.

12. Here are fact of a case out of Broward County with the same agencies that are involved in the same scheme in the same matter of me (Larry C. Washington #660661).

Please 'peruse' these case cites to see the history of the "City of Fort Lauderdale Police Department" and the "Broward County Judicial Circuit Courthouse, of Florida of how their officers of the court operate as 'Coven' to gain a conviction at any cost necessary. The case are on Rowe a former inmate in the 'Department of Corrections' with four life sentences on 'false sexual abuse charges' orchestrated by private individuals and aided by officers of the State of Florida.: Rowe v. Schreiber, 23 Fla. L. Weekly D2311; Schreiber v. Rowe, 814 So.2d 396 (Fla. 2002); Rowe v. City of Fort Lauderdale Police Department, 279 F.3d 1271 (Cir. 11th). And the lawyers who handle Rowe case are: Sharon C. Degan & Diane H. Tuft, P.A., of: Diane H. Tuft, P.A., 8211 West Broward Blvd. Ste. 420, Plantation, Florida 33324-2741: Fax: (954) 475-2279.

13. This case explain that 'Florida Department of Corrections' on the ADA denied all rights to disable person in prison. The cases and information are extremely self explanatory in: Henderson, et. al. v. Crosby, et. al., L.T. Case No. 2001-C.A.-001307, 1st DCA; Case No. 1D03-2367/883 So.2d 847 (1st DCA 2004); 898 So.2d 937 3/3/2005 S.C. 42116). This will explain the great problem in being able to litigate any claim on the ADA or any federal matter to the court(s). See exhibit

14. Someone lied to Social Security Disability that I was convicted in 1997. I did not go to trial until 1999 and I have the court documents to prove this matter. This was done to keep me thwarted so that they could keep complete control over the civil rights violation. This came about when I (Larry C. Washington-660661) requested the private attorneys I hired out of Social Security benefits to send me a list of private investigators. Then someone lied to get my benefits terminated. This is in violation of 42 U.S.C.A. 402(x), "pursuant to a 'conviction' all benefits are terminated". I was not brought to trial under the 'pseudo' conviction until 1999.

I (Larry C. Washington) am unable to buy any hygine for my self. Due to the fact the lawyer I hired stole all of my back pay benefits and my money from the Social Security checks. This money was demanded to be put in a nonrevokeable 'escrow account'. The lawyer have vanished from the Florida Bar Journal. And with all of my back pay benefits and the money from my S.S.D. checks.

Department of Corrections only gives the prisoner's one bar a soap a week and this includes toothpaste, tissue paper and a toothbrush every four (4) months or months later when they get them.

The facts of the matter and issues that I am discussing are nine (9) and a half years of what is being done to me. I was twenty-eight when I became disable. It took me ten (10) years to get my benefits. And I had a family too. I was thirty-nine when I was arrested. I am forty-nine (49) now, not a young man any more.

15. The termination of my Social Security benefits violated my due process as the U.S. Supreme Court has said in: F. David Mathews, Secretary of Health, Education, and, Welfare, Petitioner V. George H. Eldrige, 424 U.S. 319, 47 L.Ed.2d 18, 96 S.Ct. 893 (1976) (Social Security disability benefits has been terminated brought an action challenging the Constitutional validity of the administrative procedures establish by the Social Security of Health, Education and Welfare. Determined that the administrative procedures in question were unconstitutional, the Court held that an evidentiary hearing is required prior to termination of disability benefits, and that the present administrative procedures for such termination fully comport with Due Process. — Reversed.

This was never done with me. I never received any notice of or on the matter. And Henderson V. Crosby, will explain why there are none of these books on 20CFR§416.1400 (expedited appeals process (EPA)). In the F.D.O.C.,.

16. This is the 'Crux' to this whole case being stoped on Civil rights violation. Judge Kathleen Kearney was the Family Court Judge in this entire Matter. (1) Judge, Kearney made verbal threats to all of the States attorney and private attorneys an those who also worked for the State. That if one piece of paper is missing from any file She was going to lock them up for Contempt of Court (2) Judge, knew when She had gotten the files on my case.

She knew from the Sites that there was no crime committed due to the jurat in the Site from the alleged victim who Stated no crime was committed (3) Then she Judge, Kearney wrote Court orders in behalf of the Mother and Me. And gave Strict orders to the others not to talk to the Childrens about the case at all. This also went for the attorneys and the State workers. (4) Judge, Kearney did not close the the case or rule on the case. Which left open. And the State Attorney pick the case up and Moved it to the Criminal Division. (5) Throughout the case Judge, Kearney was filing civil Suits on Florida Department of Childrens and Family. Which was keeping Gov. Jeb Bush in the eyes of the News Media and brought great embarrassment to Gov. Jeb Bush. The whole while Judge, Kearney was on the bench as a Judge. She was focused on being the next DCF Secretary. Gov. Jeb Bush appointed her to Stop the law Suit on DCF. This Left my case in limbo. (6) The Miami Herald News Paper and Sun-Sentinel News Paper printed "DCF unable to Contact 3,000 kids". And the 6-year old Rilya Wilson of Miami was reported missing. Rilya's disappearance 15 months earlier went unnoticed by DCF. Workers who Skipped the monthly visit with the girl for more than a year. (7) Reporter Sally Kastin for Sun-Sentinel News Paper. Found the missing child[rens] that former Judge, Kathleen Kearney whom Gov. Jeb Bush appointed as Secretary of Dept. of Childrens and Family. Who Sec. Kearney and her Staff said the could not find.

When the children was found by the reporters and threaten by Sec. Kearney to reveal their where abouts to her and her staff. Who gave her notice of resignation on 8/13/2002. As to 6-year old Rilya Wilson disappearance. They found out that her foster parents killed her and was still collecting the checks for 6-year old Rilya Wilson.

17. I was appointed an attorney by former Judge Kathleen Kearney. Who never showed up in the entire Civil family Court Proceeding. So I never had any Counsel through out the entire Civil family Court proceedings. The ADA violation and issues of due process violation. Failure to accommodate my disability Custody proceeding. Title II's enforcement provision incorporates by reference §505 of the rehabilitation Act of 1973, 92 Stat. 2982, added, 29 U.S.C. §794a, Which authorized private Citizens to bring Suits for money damages, 42 U.S.C. §12133.

18. Mr. Thomas F. Hogan, chief Judge, sir I (Larry C. Washington) explained the 'extreme' Crux. That is nine (9) years in the Making. To order and and investigation by the F.B.I. that shall find my family to give Sworn statements about this 'extreme Crux' that shall give Substantiating evidence by my childrens who were kids and are now adults. And their Mother an my Siblings. The State Attorneys are very powerful in their politic quasi-public position. And no lawyer can stop them nor any Private investigators.

This is going to take the F.B.I. under your orders sir to get the information that is deeply hidden in the system under the 'Covens' Surreptitious means. If this is not ordered by you Judge Thomas F. Hogan, Chief Judge in this manner. I will be irreparably denied rights secured by Title II enforcement of the 1964 Civil Rights Act. And left 'In Patiendo'.

 I (Larry C. Washington-#660661) only have one chance at my claim in this U.S. District to substantiate the pseudo Criminal Conviction, Human Right, Civil Rights Violation by private individuals who were aided by State Officers to violate my private rights of my home and my family also the rights to be free of intrusion of private individuals and the Government.

 I (Larry C. Washington-#660661-E4-104-Lower) pray that my request is taken to heart of the fact within this motion of the plots to take my life and silence me for ever. These fact are not a joke or some scheme on the Court. The act are real of what is happening to me. And only you Judge Thomas F. Hogan, Chief Judge can expose this politic scheme on a private Citizens of the United States. This Country is greatly concern about terrorist attack in this Country on the Citizens. What about those who carrie out 'domestic terrorist attack' on private individual Citizens? Is this allowed! To throw the rock and hide the hand that did it!? I pray to you to uncover the hand that did it! And show the great people in this Country that 'domestic' equality still e-exist!

# RELIEF SOUGHT

I 'Larry C. Washington-#660661-E4-104-Lower' who is a disable person and is now being Let 'In Patiendo' prary that Thomas F. Hogan, Chief Judge grant and order writ of relief Sought in this Motion in full of these "Emergency Extraordinary Circumstances of a Sensitive nature of Facts" to "Order Mr. Mark R. Yakelich, Chief Civil Rights Unit Criminal Investigation Division" to investigate the Criminal act and Human Rights and Civil Right Violations by the Judges and quasi-public officials of the State of Florida whom has also committed Federal Criminal acts by Coerce act[s] of "witness[es] Tampering under 18 U.S.C. 3512 of Sending witness[es] accross State lines to thwart the 'administration of Justice' to avoid the 'axiomatic' acts of violations under Title II's 1964 Civil Rights Act.

The 'axiom' of 'Affidavit' from My Childrens and their Mother and My Sibling, relatives. And the recordings of the transcripts of the Court proceedings will Substantiate My Claim of numerous Criminal acts and Human rights and Civil rights Violation. These Continuing Violation under the 'RICO' act for nine (9) years are within the ambit of the Federal Jurisdiction of the Court. Congress has legislated this power to the Article III Court of the United States District Court For The District Of Columbia having Article III Jurisdiction to decide 'Cases' and 'Controversies'.

The Constitution of The United States of America Under Article [I] Judicial Department has given this U.S. District Court to enforce the powers of Congress under the Fourteenth Amendment of Section [5] and the Thirteenth Amendment of Section [2] of Title [I] 1964 Civil Rights Act. And to invoke Title 42 U.S.C.S. § 2000h-2 Whenever an action has been commence in this Article [I] Court of the United States District Court seeking relief from denial of equal protection of the laws under the Fourteenth Amendment to the Constitution on account of race, color, religion, sex or national origin, the Attorney General for in the name of the United States shall intervene in such action upon application the Attorney General certifies that the case is of "Public importance". I am 'a black male with a interracial family' whom has been subjected to denial of equal protection of the laws under the Fourteenth Amendment to the United States Constitution. And requesting to have a public jury trial on these matters. Also, to be transferred to South Bay institution a Private institution in West Palm Beach, with the prisoner' who's been helping get to the showers and giving food from his locker when he can. His name is Joseph A. Melendez #769255-E4-114-Lower, Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000. Whom has stuck by me throug out this ordeal.

And a Federal witness under 18 U.S.C. §1512. The U.S. District Court must Protect him Under the C.F.R. of 28 CFR Part 35 - Section 35.134 - Retaliation or Coercion of (a) and (b). This Section protects not only individuals who allege a violation of the Act or this part, but also any individuals who Support or assist them. This section applies to all investigations or proceedings initiated under the 'Act.' Or he will be subjected to retaliation if this is denied by the U.S. District Court Judge Thomas F. Hogan, Chief Judge.

All complaints are in compliance with 28 CFR 35.170(c); Section 35.171(a)(3i); Section 35.190(a),(b),(6).

## MOTION REQUESTING TO AMEND COMPLAINT

Petitioner also request Thomas F. Hogan, Chief Judge time to amend his Claim when the matter is resolve by the Judge on lifting the restraint of Petitioner explained in this motion. "Due to the fact Petitioner has no more paper."

Petitioner has also attached a grievance to the Secretary, James McDonough, Florida Department of Corrections. To be mail to the Secretary by the U.S. District Court. Due to the fact they (institution Staff) will not let this go out by mail. I shall also attact a notary to the grievance. And I request the U.S. District Court to keep a copy of this grievance on Court record. Because if it is in my hands it will be destroyed by institutional Staff. I also request the Court to force the Secretary to respond to the U.S. District Court with a copy of the grievance and a response to me also. Because the institutional Staff is saying that they are not denying me food. I am disable see the documents within this Motion.

## CERTIFICATE OF SERVICE

Petioner request this Motion Shall be served on Thomas F. Hogan, Chief Judge, U.S. District Court For The District Of Columbia, U.S. Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.; Nancy Mayer Whittington, Clerk, Of U.S. District Court For The District of Cloumbia, U.S. Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

/s/ Larry C. Washington  10/17/2006
Larry C. Washington-#660661-E4-104-L
Everglades Correctional Institution
Post Office Box 949000
Miami, FL 33194-9000



# Reduce false-abuse reports

06 1977

**FILED**

NOV 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

tion, then guess who will find themselves necessarily named as a main party defendant? - the law clerk, trainee, or other prisoner, who allowed themselves to be tricked into being a "middleman" for the FDOC. After all, the first thing the FDOC is going to defend with is that prisoner law clerk so-and-so was responsible for making sure all confinement prisoners saw the rulemaking notices and understood them, in fact that prisoner even signed that he provided the required Due Process to the confinement prisoner. So, if any error was made, it wasn't the FDOC's fault, it was a prisoner's fault. □

## FDOC ANNOUNCES POSITION ON ADA

On May 16, 1997, the FDOC published notice in the Fla. Administrative Weekly, and noticed prisoners, that the department intended to remove all the specific references to the Americans with Disabilities Act of 1990 (ADA) from the grievance procedure rules at Chapter 33-29, F.A.C. The rules had provided expedited review of ADA grievances by prisoners. The stated purpose of this amendment as given in the rule amendment notice was, *"The proposed amendments are needed in order to remove references to the Americans with Disabilities Act from the rules governing inmate grievances as it is the Department's position that the ADA is not applicable to inmates."*

It appears evident that the FDOC's statement of this position is in effect a "throwing down of the gauntlet," and that the FDOC does not intend to recognize the ADA's applicability to prisons in spite of the fact that the U.S. Dept. of Justice does make such recognition. The federal courts in this jurisdiction have not addressed the ADA's applicability to correctional institutions squarely, Harris v. Thigpen, 941 F.2d 1495 (CA11 1991) (reversed for further development of related Rehabilitation Act claims), and there is a sparsity of cases on the topic so far.

The latest, and most favorable for prisoners, appears to be a case out of California where the district court held that the ADA, 42 U.S.C. s.12132, and the Rehabilitation Act (RA), 42 U.S.C. 5. 794, both apply to state prisons. Bullock v. Gomez, 929 F.Supp. 1299 (CD CA appeals court which has addressed whether the ADA and RA apply to state prisons is Torcasio v. Murray, 57 F.3d 1340 (CA4 1996), cert. denied, 116 S.Ct. 772 (1996), which did not hold that these Acts did not apply but only that it was not "clearly established" that they apply. Id. at 1346. The Ninth Circuit Court of Appeals appears to recognize that the ADA and RA apply to the prison setting, Bonner v. Lewis, 857 F.2d 559, 562 (CA9 1988), but limited that finding by applying the "reasonable test" from Turner v. Safely, 107 U.S. 2254 (1987). See: Gates v. Rowland, 39 F.3d 1439 (CA9 1994).

The FDOC is apparently "girding for battle" on the applicability of the ADA and RA to its prisons by removing any reference to either Act from the rules. It is expected that Florida has now adopted this position in complicity with numerous other state's DOCs' in order to present a unified front to exempt prisoners from the ADA and RA provisions concerning discrimination against disabled persons, similar to the unified opposition numerous state DOCs' presented to the Religious Freedom Restoration Act and the unified promotion of the Prison Litigation Reform Act. See also: Tugg v. Towey, 864 F.Supp. 1201 (SD Fla. 1994). □

## PROCEDURE FOR FILING A FORMAL COMPLAINT AGAINST CORRECTIONAL OFFICERS

Often the FPLP staff receives letters from prisoners' family members or friends complaining about abusive, rude, or illegal activities of Florida Department of Corrections (FDOC) correctional officers and wanting to know what can be done about such problems. Most citizens are unaware that there is a system in place for filing formal complaints against such correctional officers that could result in investigation and punishment against officers who display unbecoming conduct towards members of the public, who act abusively towards citizens, or who violate department rules or state laws.

Many family members or friends of visitors who have attempted to file a complaint against correctional officers with the FDOC are aware that most often such complaints are denied without investigation by institutional administrators or FDOC central office personnel. Usually such complaints filed within the department receive no real consideration and frequently institutional administrators and central office personnel will actively work to assist the correctional officers in covering up their wrongful behavior or to discredit the complaining party. However, there is a complaint system that has authority over correctional officers (but not over FDOC administrative personnel) with the authority and duty to investigate and discipline correctional officers (discipline may include dismissal and de-certification).

Complaints against FDOC correctional officers may be filed with the Division of Criminal Justice Standards and Training. This is the division of the Florida Department of Law Enforcement that is responsible for the training and certification of all FDOC correctional officers and this is the correct governmental department to file such complaints with, rather than with the FDOC. Citizens who encounter problems with FDOC correctional officers can and should file such a formal complaint. A simple letter stating that it is a formal complaint is sufficient. As stated above, often when complaining against FDOC correctional officers other officers or administrative personnel will assist to cover up any alleged misconduct by a fellow officer." When making such a complaint to the Division of Criminal Justice Standards and Training it is important that you provide the names of any witnesses to the misconduct and to document it whenever possible. Never trust that other correctional officers or staff will tell the truth about an incident. While there are some good, decent, honest, people working with the FDOC there are many who are not. Even those who are decent and honest often realistically fear retaliation from other officers or administrators and will do whatever is necessary to protect their job and career. The address for filing such a formal complaint is:

Florida Dept. of Law Enforcement
Division of Criminal Justice Standards and Training
Attn: A. Leon Lowry II, Director
P.O. Box 1489
Tallahassee FL 32302

STATE OF FLORIDA      )
                      )ss
COUNTY OF DADE        )

Before me, the undersigned authority, this day personally appeared Larry C. Washington who is first being duly sworn, says that he is the Affiant, in the above styled cause, that he has read the foregoing document, and has personal knowledge of the facts and matters therein set forth and alleged; and that each and all of these matters therein set forth and alleged; and that each and all of these facts and matters are true and correct.

*[Signature]* Larry C. Wash[ington]  10/17/2006
Affiant: Larry C. Washington #660661
Dorm: F4-104-Lower
Everglades Correctional Inst.
P.O. Box 949000
Miami, FL 33194-9000

STATE OF FLORIDA      )
                      )ss
COUNTY OF DADE        )

The foregoing instrument was acknowledge before me this 17 day of October, 2006, by Larry C. Washington who is personally known to me or who has produced a Department of Corrections I.D. as identification and who did take an oath.

William G. Bernard
Commission #DD272104
Expires: Dec 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

MY COMMISSION EXPIRES                NOTARY OF FLORIDA

A:\NOTARY CERTIFICATE GENERAL.doc