FILED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

06 1977

Larry C. Washington-#660661-E4-104-Lower
Movant-(Natural/Man Sentient Being Capacity)
Everglades Correctional Institution
Post Office Box 949000
Miami, FL 33194-9000

L.C.W   10/17/2006

V.

ALL OF THE STATE AGENCIES IN
THE FACE OF THE COMPLAINT;
ALL IN THEIR PRINCIPLE AGENT CAPACITY/
AGENT PRINCIPLE CAPACITY.

## EXIGENCY ORDER OF PROHIBITED RESTRAINTS

COMES NOW Petitioner request Thomas F. Hogan, Chief Judge to order Seretary, James McDonough of the Florida Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500. To remove the prohibited restraints from inmate Larry C. Washington-660661-E4-104-Lower, at Everglades Correctional Institution. Wherein, is placed on inmate Larry C. Washington by Doctor Roger Browne and Chief Medical Officer Lelisann McPearson of Prison Health Services, Inc., (PHS) at Everglades Correctional Institution, 1601 S.W. 187th Avenue, Miami, FL 33185. Phone: 305-228-2137.

1.

4

In violation of Rules of The Department of Corrections Chapter 33-210.201,(1) in violation of this Section and violate all other Sections of Americans With Disabilities Act (ADA) Privisions for Inmate under 42 U.S.C. §12101 et. seq.,. That has subjected Petitioner to 'reprisal' by (PHS) Staff and Department of Corrections Staff of denied to equal protection of Title II's enforcement of the 1964 Civil Rights Act.

The prohibited restraints has confined Petitioner to his Cell of E4-104-Lower for over a Month now of not eating three (3) Solid Meals a-day. Due to the removal of my 'auxiliary aid' which is his 'Wheelchair' and his 'Walking Cane'. (PHS) Staff has declared Petitioner Court decision of "Notice of Decision-Fully Favorable" a 'nullity'.

"Also, the Staff here at Everglades Correctional Institution has taken (PHS) Staff word on this Matter. Which has violated 42 U.S.C. §12132, also 42 U.S.C. §12131(2). (PHS) Staff has violated 28 CFR 35.135(a)(b)(i)(v)(vii),(3)(i)(ii)(iii),(4)(i)(ii),(8)(c)(d),(f)(9). Whereas, the Staff of Department of Correction whom aided (PHS) Staff of the 'nullity' of the Court decision. That has denied Petitioner of being permanently disable. These acts have denied Petitioner access to Court by being confined to his Cell and has denied Petitioner access to the 'Law Library' to pursue his Claim in the U.S. District Court of Columbia and the Florida Supreme Court. These are prohibited restraints of retaliation for asserting his Constitutional Rights to the violations committed against Petitioner.

2.

Petitioner request that Thomas F. Hogan, Chief Judge order the Secretary, James McDonough, Florida Department of Corrections to answer the Court on the 'prohibited restraints' that are on inmate Larry C. Washington that is preventing him from his health care appliance that accommodate the inmate needs. Through the grievance form DC1-303 with 'Notice' attach on Compliance to the Chief Judge order. Petitioner also request the Thomas F. Hogan, Chief Judge, U.S. District Court of Columbia. And Nancy Mayer Whittington, Clerk, U.S. District Court of Columbia to foward a Order and form DC1-303 to the Secretary, James McDonough. And order him to respond to the prohibited restraints being lifted off inmate Larry C. Washington, at Everglades Correctional Institution. By the Florida Department of Corrections Staff and (PHS) Medical Staff Dr. Roger Browne and Chief Medical Officer Lelisann McPearson.

That this record[s] of form-DC1-303 and "Notice" of the lifted 'prohibited restraints' that has been lifted off of inmate Larry C. Washington #660661-E4-104-Lower, at Everglades Correctional Institution. By the Secretary James McDonough of the Florida Department of Correction. All orders upon the Secretary Shall be 'Exigency' to this Order by Thomas F. Hogan, Chief Judge, U.S. District Court for The District of Columbia, U.S. Courthouse

## RELIEF SOUGHT

"Petitioner pray that Thomas F. Hogan, Chief Judge grant this Order with instruction to the Secretary, James McDonough to lift the prohibited restraint off of Petitioner' to pursue his Claim in the U.S. District Court. That has denied him access to the Chow hall, Law Library, Legal Mail, Court access and other accesses of impeded act to a disable Person." Wherein, has denied Petitioner equal protection under the law and provision of Title II's enforcement of the Civil Rights act o 1964. Petitioner Pray in good faith that Thomas F. Hogan, Chief Judge grant the relief sought by Petitioner

## CERTIFICATE OF SERVICE

Thomas F. Hogan, Chief Judge
U.S. District Court For The District of Columbia
U.S. Courthouse, 333 Constitution Avenue, NW
Washington, D.C. 20001.

Nancy Mayer Whittington, Clerk
U.S. District Court For The District of Columbia
U.S. Courthouse - Room #1225, 333 Constitution Avenue, NW,
Washington, D.C. 20001.

4.

STATE OF FLORIDA       )
                       )ss
COUNTY OF DADE         )

Before me, the undersigned authority, this day personally appeared Larry C. Washington who is first being duly sworn, says that he is the Affiant, in the above styled cause, that he has read the foregoing document, and has personal knowledge of the facts and matters therein set forth and alleged; and that each and all of these matters therein set forth and alleged; and that each and all of these facts and matters are true and correct.

Affiant: Larry C. Washington #660661  10/17/2006
Dorm: E4-104-Lower
Everglades Correctional Inst.
P.O. Box 94700
Miami, FL 33194-9000

STATE OF FLORIDA       )
                       )ss
COUNTY OF DADE         )

The foregoing instrument was acknowledge before me this 17 day of October, 2006, by Larry c Washington who is personally known to me or who has produced a Department of corrections I.D. as identification and who did take an oath.

William G. Bernard
Commission #DD272104
Expires: Dec 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

3 DECEMBER 2007
MY COMMISSION EXPIRES            NOTARY OF FLORIDA

A:\NOTARY CERTIFICATE GENERAL.doc

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Larry Washington C.    #660661    Everglades Corr. Inst.
    Last  First  Middle Initial    Number    Institution

Part A – Inmate Grievance

Under Specific Authority 20.315 (1), (2), (C). Implemented 944.09 F.S. of 944.09(1)(d) F.S. (1999) and Section 944.331, F.S., the legislature directed the 'Florida Department Corrections. That the Secretary, Florida Dept. Corrections, Shall ensure that the programs and Services of the dept. are administered in accordance with 'State' and 'Federal laws', rules and the regulations, with establish program standard, and Consistent with the legislative intent. And procedures fully certified by the "United States Department of Justice" in March 1992, pursuant to the requirements of Section 944.09 and 944.331, F.S. Pertaining to 42 U.S.C. §1997e. Rules of The Department of Correction: Chapter 33-210.201(1), In violation of this section and violate all other sections of ADA Provisions for Inmate[s], under 42 U.S.C. §§12101-12213 of federal laws within Specific Authority 20.315 (1), (2) (C). Whereas, PHS Dr. Roger Browne on 9/7/2006 Violated 33-210.201(b) as to taking my Walking Cane that has confined me to my Cell-E4-104-Lower for over a Month of being unable to eat three (3) Solid meals a-day. Nor has Florida Dept. of Correction, at Everglades Corr. Inst. resolve the Problem under 33-210.201(6)(1)(2). Nor has anyone resolve the Problem of me eating either of the three (3) meals a-day from 9/7/2006 to 10/18/2006. As to the Specific Authority of 20.315. Implemented 944.09, F.S. and 944.331, F.S. of the Staff here at Everglades Corr. Inst has violated 33-4.002(1), No employee shall be 'insubordinate', neglectfull, or unwilling to follow lawful orders or perform officially designated duties. Of the Secretary, Dept. of Corr. Operation of system of Specific Authority 20.315 (1), (2), (C)., 'Whereas, has confined a disable inmate to his Cell of E-4-104-Lower of not eating for over a month has caused injuries to him of lost weight and great weakness from not eating for over a Month. Has denied this disable inmate, Care, Custody, Control, Constitution and Protection. in the Department of Correction! of the Secretary Operation of Authority of 20.315.

10/18/2006                         Larry C. Washington 660661
DATE                                SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

_____    Larry C. Washington
     #             Signature

STATE OF FLORIDA          )
                          )ss
COUNTY OF DADE            )

Before me, the undersigned authority, this day personally appeared Larry C. Washington who is first being duly sworn, says that he is the Affiant, in the above styled cause, that he has read the foregoing document, and has personal knowledge of the facts and matters therein set forth and alleged; and that each and all of these matters therein set forth and alleged; and that each and all of these facts and matters are true and correct.

Affiant Larry C. Washington - 606064  10/17/2006
Dorm: E4-104-Lower
Everglades Corr. Inst
P.O. Box 949000
Miami, FL 33194-9000

STATE OF FLORIDA          )
                          )ss
COUNTY OF DADE            )

The foregoing instrument was acknowledge before me this 17 day of October, 2006, by Larry C. Washington who is personally known to me or who has produced a Department of corrections I.D. as identification and who did take an oath.

William G. Bernard
Commission #DD272104
Expires: Dec 03, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

MY COMMISSION EXPIRES                    NOTARY OF FLORIDA

A:\NOTARY CERTIFICATE GENERAL.doc